# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 15, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162201(24)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

JON THOMAS HART,
       Defendant-Appellant.
_____/

SC: 162201
COA: 354241
Muskegon CC: 17-004949-FH

On order of the Chief, the motion of defendant-appellant to file a supplement to the application that raises a new issue is GRANTED. The supplement will be accepted for filing if submitted on or before April 5, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 15, 2021



Clerk